STATE OF LOUISIANA                          NO. 23-K-159

VERSUS                                       FIFTH CIRCUIT

JACOREY DAVIS AND MALIK RODRIGUE            COURT OF APPEAL

                                             STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

March 30, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** JACOREY DAVIS AND MALIK RODRIGUE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 22-209

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and Cornelius E. Regan

**WRIT GRANTED**

Relators, Jacorey Davis and Malik Rodrigue, seek review of the trial court's denial of their motion for mistrial. For the following reasons, we grant this writ application.

Jury selection in this matter commenced on March 27, 2023. On March 28, 2023, Mr. Davis filed a motion to abide by La. C.Cr.P. art. 788 during jury selection, and a motion for mistrial. On the morning of March 29, 2023, while jury selection was still in progress, the trial court granted the motion to abide by La. C.Cr.P. art. 788. Mr. Rodrigue joined in the motion for mistrial at the hearing, but the trial court denied the motion. A short time later, the State informed the trial court that it joined in relators' motion for mistrial. The trial court again denied the motion.

In the motion for mistrial, relators argued that the trial court had not been following the provisions of La. C.Cr.P. art. 788 during jury selection by failing to

require that each prospective juror be tendered first to the state. La. C.Cr.P. art. 788 provides, in pertinent part:

> A. After the examination provided by Article 786, a prospective juror may be tendered first to the state, which shall accept or challenge him. If the state accepts the prospective juror, he shall be tendered to the defendant, who shall accept or challenge him. When a prospective juror is accepted by the state and the defendant, he shall be sworn immediately as a juror. This Article is subject to the provisions of Articles 795 and 796.

Comment (a) of La. C.Cr.P. art. 788 notes that this procedure for jury selection has considerable value to a defendant. It states that because the state is forced to choose first, the defendant may be saved the loss of a peremptory challenge. See also *State v. Plaisance*, 00-1858 (La. App. 4 Cir. 3/6/02), 811 So.2d 1172, 1195, *writ denied*, 02-1395 (La. 11/27/02), 831 So.2d 270, *cert. denied*, 538 U.S. 1038, 123 S.Ct. 2084, 155 L.Ed.2d 1071, in which the appellate court found that the trial court erred in failing to tender all prospective jurors to the state first, as provided by La. C.Cr.P. art. 788(A).

La. C.Cr.P. art. 775 provides that "[a] mistrial shall be ordered, and in a jury case the jury dismissed, when the state and the defendant jointly move for a mistrial." Two of the three defendants in this matter moved for a mistrial and the State subsequently joined in their motion. Accordingly, because there was a joint motion, pursuant to La. C.Cr.P. art. 775, we find the trial court erred by denying the motion for mistrial. Accordingly, we grant this writ application, grant relators' motion for mistrial, and remand for further proceedings. Relators' request for a stay is denied as moot.

Gretna, Louisiana, this 30th day of March, 2023.

CER
MEJ
SJW

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/30/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-159**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Price Quenin (Relator)
Attorney at Law
848 2nd Street
Third Floor
Gretna, LA 70053

Joseph L. Perez (Relator)
Attorney at Law
848 Second Street
P. O. Box 468
Gretna, LA 70054

Paul C. Fleming, Jr. (Relator)
Attorney at Law
848 Second Street
Third Floor
Gretna, LA 70053

Christen DeNicholas (Relator)
Attorney at Law
Jefferson Parish Public Defender
848 Second Street
Third Floor
Gretna, LA 70053

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Price Quenin
Attorney at Law
848 Second Street
Third Floor
Gretna, LA 70053
23-K-159                    03-30-23

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3645 95

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 6755

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Greenberg

C. Date of Delivery
4-5-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt